# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MICHAEL E. NAGEL,

                Defendant.

Case No. 07-CR-212-JPS

ORDER

Based on the agreement of the parties,

IT IS HEREBY ORDERED that the pending revocation hearing proceedings be dismissed.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge