

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

## Transfer of Criminal Case

Date: December 6, 2018

Address: wied_clerks_milw@wied.uscourts.gov

Case Title: USA vs. Michael E. Nagel

Northern District of Illinois Case No.: 18 cr 828   Other Court's Case No.: 2:07cr212

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**  ☐ In  ☐ Out

☐ Order.
☐ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**  ☐ In  ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.

☒ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**          ☐ In  ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

    Sincerely,
    Thomas G. Bruton, Clerk of Court

    By: /s/Yvette Pearson
        Deputy Clerk

---

## TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

    Clerk, U.S. District Court
Date:    By:
    Deputy Clerk