


Nagel, Michael-Edward:
as Agent for MICHAEL EDWARD NAGEL
Care of 7929 S, Austin Ave.
Burbank, Illinois Republic
Zip Code Exempt (DMM 602 1.3e(2))
Non-Domestic - without United States

U.S. District Court
Clerk office of the Court
c/o Gina M. Colletti
517 E. Wisconsin Ave.
Milwaukee, Wisconsin [53202]
414-297-3372

Case No. 07-CR-212

April 12, 2024

To: Chief Clerk Gina M. Colletti,

This letter is in response to your March 26, 2024 letter I received from your office. In my March 15, 2024, I made three requests to the Clerk's office see attachment, your office only responded to one of my requests sending me a certified copy of my Indictment, and ignored my other two requests made to your office. I am requesting again for the clerk office to respond the following two requests:

1) I am requesting for a "statement of accounting" of my court case no. 07 CR 212, under the **Uniform Commercial Code - UCC 9-210(a)(4).**

2) I am also requesting a copy of docket no.60 that we assigned to my judgement and signed their names to it by the U.S. Marshal and Deputy U.S. Marshal signed by both, the copy I have is not sign by neither one of them.

If the clerk office ignores my two requests again for this information, I am requesting that the clerk office tell me in writing, specifically why it refuses to provide me with the information I am requesting.

Govern yourself accordingly,

Autograph By: *Michael-Edward: Family of Nagel*

Michael-Edward: Family of Nagel, Sui Juris
Authorized Agent and Representative for MICHAEL NAGEL ™ ens legis
Illinoisan, American National
Pre-1933 Private Citizen of the United States
Non-Domestic – without United States
All Rights and Liberties Reserved, Without Prejudice

Nagel, Michael-Edward:
as Agent for Artificial Person
Care of 7929 S, Austin Ave.
Burbank, Illinois Republic
Zip Code Exempt (DMM 602 1.3e(2))
Non-Domestic - without United States

U.S. District Court
c/o Clerk office of the Court
517 E. Wisconsin Ave.
Milwaukee, Wisconsin [53202]
414-297-3372

Case No. 07-CR-212

March 15, 2024

To: Chief Clerk,

This letter is in request for a "<u>statement of accounting</u>" of my court case no. 07 CR 212, under the **<u>Uniform Commercial Code - UCC 9-210(a)(4).</u>**

I am also requesting a <u>Certified</u> copy of my indictment, I believe was dated 8-7-2007

I would also like to have a copy of <u>docket no.60</u> that we assigned to my judgement and signed their names to it by the U.S. Marshal and Deputy U.S. Marshal signed by both, the copy I have is not sign by neither one of them

Govern yourself accordingly,

Autograph By: *Michael-Edward Family of Nagel*
Michael-Edward: Family of Nagel, Sui Juris
Authorized Agent and Representative for MICHAEL NAGEL ™ ens legis
Illinoisan, American National
Pre-1933 Private Citizen of the United States
Non-Domestic – without United States
All Rights and Liberties Reserved, Without Prejudice

Michael Nagel
c/o 7929 S. Austin Ave.
Burbank, Illinois Republic
Non-Domestic w/o U.S.

U.S. District Court
c/o GINA M. COLLETTI
CLERK OF COURT
517 E. WISCONSIN
MILWAUKEE, WISCONSIN 53202

S SUBURBAN IL 604
12 APR 2024 PM 8 L

53202-458299